**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

_____

| | | |
|---|---|---|
| **ROY HAMILTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **NO. 2:15 CV00139 BSM** |
| | ) | |
| **CITY OF FORREST CITY,** | ) | |
| **ARKANSAS** | ) | |
| | ) | |
| **LARRY BRYANT, named in his** | ) | |
| **individual and official capacities** | ) | |
| | ) | |
| **ROGER BREEDING, named in his** | ) | |
| **individual and official capacities,** | ) | |
| | ) | |
| **DANIEL CAPPS, named in his** | ) | |
| **individual and official capacities,** | ) | |
| | ) | |
| **STEPHEN HOLLOWELL, named in** | ) | |
| **his individual and official capacities,** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **LOUIS FIELDS, named in her** | ) | |
| **individual and official capacities,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

MOTION TO DISMISS WITH PREJUDICE SEPARATE DEFENDANTS
LOUIS FIELDS, STEPHEN HOLLOWELL, DANIEL CAPPS,
AND ROGER BREEDING

Comes Plaintiff Roy Hamilton by and through his attorneys James E. Nickels and

B. Norman Williamson, and moves the dismissal with prejudice separate defendants

Louis Fields, Stephen Hollowell, Daniel Capps, and Roger Breeding in their individual

capacities.

Respectfully submitted,


James E. Nickels
Arkansas Bar No. 81124
B. Norman Williamson
Arkansas Bar No. 2010257
Attorneys at Law
P.O. Box 6564
Sherwood, Arkansas 72124
Telephone 501-833-2424
Fax: 501-834-2712
Jim@NickelsLawFirm.com

By: /s/James E. Nickels

## CERTIFICATE OF SERVICE

I, James E. Nickels, hereby certify that on this 6th day of July, 2016, that a true and correct copy of the above and foregoing has been served upon attorney Michael Mosley by email and the electronic filing system.


/s/ James E. Nickels