IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROY HAMILTON                                        PLAINTIFF

V.                      NO. 2:15CV00139 BSM

CITY OF FORREST CITY, ARKANSAS;
LARRY BRYANT, named in his individual and
official capacities; ROGER BREEDING, named
in his individual and official capacities; DANIEL
CAPPS, named in his individual and official
capacities; STEPHEN HOLLOWELL, named in
his individual and official capacities; and LOUIS
FIELDS, named in her individual and official
Capacities                                  DEFENDANTS

## OFFER OF JUDGMENT

Come the Defendants, by and through undersigned counsel, and for their Offer of Judgment to Plaintiff, state:

Defendants hereby withdraw any previous offer made and Defendants City of Forrest City and Larry Bryant hereby make an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on the terms specified below, all of which must be accepted by Plaintiff for this offer to be valid:

(1) In the amount of Sixteen thousand dollars and no hundreds ($16,000.00)(the amount will be divided between lost wages and non-wage compensatory damages to be agreed upon by the parties; a payroll check with standard deductions will issue for the lost wages and a check to Plaintiff and his Counsel will issue for the non-wage compensatory damages and Plaintiff agrees to pay all applicable taxes on the same).

ATTACHMENT 1

1

(2) A per-hour raise for the Plaintiff for any duties performed as an employee of the City of Forrest City, Arkansas to $12.90 per hour to be effective upon the date of acceptance of the offer herein;

(3) Attorneys' fees not to exceed seven thousand, five hundred and no cents ($7,500.00) and costs not to exceed six hundred, eighty-nine dollars and fifteen cents ($689.15).

(4) This offer shall not preclude the Plaintiff from receiving any merit raise or across-the-board raise wherein Plaintiff might make greater than $12.90, and does not preclude Plaintiff from applying for any position with the City of Forrest City, Arkansas, that might pay an hourly rate greater than $12.90. The Defendants agree not to retaliate against the Plaintiff.

(5) This offer of judgment is extended with respect to Defendants City of Forrest City, Arkansas and Larry Bryant only. If accepted, as a condition of this offer, and prior to entry of judgment if the offer is accepted, Plaintiff must move to dismiss Defendants Roger Breeding, Daniel Capps, Stephen Hollowell, and Louis Fields with prejudice from this lawsuit and they must in fact be dismissed with prejudice from this lawsuit. No offer of judgment is made with respect to those Defendants. Furthermore, if accepted, Plaintiff agrees that upon entry of judgment on the instant offer, he will not bring forth or submit any claim or complaint to any forum based on the events alleged in the Complaint in this matter and that, after entry of judgment, the instant litigation will be closed and not reopened.

(6) This offer expressly limits costs (including attorneys' fees) to costs and time expended up to the date that this offer of judgment is served and no later and to the amounts listed in number (3) above.

(7) If accepted, Plaintiff must agree that the proceeds offered herein—except the pay raise which the City will make effective as of the date of service of an acceptance of this offer on

Undersigned Counsel— may be paid within a reasonable time after acceptance of the offer, but not to exceed fourteen (14) days.

        Respectfully Submitted,

        **DEFENDANTS**

By:   /s/Michael Mosley
Michael Mosley, Ark. Bar No. 2002099
Attorney for Defendants
Post Office Box 38
North Little Rock, AR 72115
TELEPHONE: (501) 978-6131
EMAIL: mmosley@arml.org

## CERTIFICATE OF SERVICE

I, Michael Mosley, hereby certify that on this 30th day of June, 2016, that a true and correct copy of the above and foregoing has been served upon the attorney(s) of record as referenced below, via email to:

James Edgar Nickels
P.O. Box 6564
Sherwood, AR 72124
Jenefile@aol.com

Blythe Norman Williamson
norman@nickelslawfirm.com

        /s/ Michael Mosley
        Michael Mosley, Ark. Bar No. 2002099