IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ROY HAMILTON**                                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 2:15CV00139 BSM**

**CITY OF FORREST CITY, et al.**                                                        **DEFENDANTS**

## ORDER

Plaintiff Roy Hamilton's motion to dismiss defendants Louis Fields, Stephen Hollowell, Daniel Capps, and Roger Breeding [Doc. No. 19] is granted. Accordingly, these four defendants are dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(2).

Pursuant to an accepted offer of judgment [Doc. No. 20], this case is dismissed with prejudice as to defendants City of Forrest City and Larry Bryant. *See* Fed. R. Civ. P. 68.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 13th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE